IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CALVIN RAY BRATTON,       ) | |
|    ID #1210821                         ) | |
|       Petitioner,              ) | |
| vs.                                            ) | No. 3:07-CV-0633-K |
|                                             ) | |
| NATHANIEL QUARTERMAN,       ) | |
| Director, Texas Department of     ) | |
| Criminal Justice, Correctional     ) | |
|  Institutions Division,               ) | |
|       Respondent              ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Petitioner's Objections thereto, filed on April 15, 2009, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections to the Magistrate's Findings, filed on April 15, 2009, are hereby **OVERRULED.**

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's petition for habeas corpus.

**SO ORDERED.**

Signed April 16th, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE